**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Emanuel Colon a/k/a Emanuel Colon-Rosado
<u>Debtor</u>

PENNSYLVANIA HOUSING FINANCE AGENCY
<u>Movant</u>

vs.

Emanuel Colon a/k/a Emanuel Colon-Rosado
<u>Debtor</u>

Araselis Colon          <u>Co-Debtor</u>

William C. Miller Esq.
<u>Trustee</u>

CHAPTER 13
BK NO: 17-15295 MDC

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I served or caused to be served, on <u>April 16, 2018</u>, a copy of the above Certificate of No Objection filed herewith upon each of the following persons and parties in interest at the addresses shown below:

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

David M. Offen Esq.
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106

Emanuel Colon a/k/a Emanuel Colon-Rosado
4821 North Palethorp Street
Philadelphia, PA 19120

Emanuel Colon a/k/a Emanuel Colon-Rosado
6364 Gillespie Street
Philadelphia, PA 19135

Araselis Colon
4821 North Palethorp Street
Philadelphia, PA 19120

Aracelis Colon
6364 Gillespie Street
Philadelphia, PA 19135

Method of Service:     Mail <u>first class</u>; Specify if other:

Date:  <u>April 16, 2018</u>

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant