IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | Emmanuel Colon  )<br>Debtor  )<br>  )<br>  ) | Chapter 13<br><br>No. 17-15295-mdc |

**CERTIFICATION OF NO RESPONSE**

   I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                                /s/David M. Offen
                                                David M. Offen
                                                Attorney for Debtor

Date:4/12/19