United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                          Case No. 17-15295-mdc
Emanuel Colon                                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                              User: admin                                              Page 1 of 3
Date Rcvd: Apr 16, 2021                                    Form ID: 138NEW                                    Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emanuel Colon, 4821 N. Palethorp Street, Philadelphia, PA 19120-4209 |
| cr | | Freedom Credit Union, c/o Morris & Adelman, P.C., P.O. Box 2235, Bala Cynwyd, PA 19004-6235 |
| 13971948 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13962639 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 13962645 | + | Freedom Credit Union, c/o Robert M. Morris Esq., Morris & Adelman PC, PO Box 2235, Bala Cynwyd, PA 19004-6235 |
| 13962647 | + | Margarita Colon, 4821 N. Palethorp Street, Philadelphia, PA 19120-4209 |
| 13962649 | | Morris & Adelman, P.C., 201 N. Presidential Blvd Suite, P.O. Box 2235, Bala Cynwyd, PA 19004-6235 |
| 14044479 | + | Pennsylvania Housing Finance Agy., c/o Kevin G. McDonald, Esq., KML Law Group PC, 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 13962652 | + | Philadelphia Co Drs, 34 S 11th St Rm 304, Philadelphia, PA 19107-3623 |
| 13962656 | + | Weltman, Weinberg & Reis Co., LPA, 170 S. Independence Mall W., Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 17 2021 03:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13965106 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 17 2021 03:31:00 | Citizens Bank N.A., 1 Citizens Drive ROP15B, Riverside R.I.02904 |
| 13962653 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 17 2021 03:31:00 | RBS Citizens Cc, 1 Citizens Dr, Ms: Rop 15b, Riverside, RI 02915 |
| 13962643 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 17 2021 04:00:55 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13965570 | | Email/Text: mrdiscen@discover.com | Apr 17 2021 03:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13962644 | + | Email/Text: mrdiscen@discover.com | Apr 17 2021 03:31:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 13962646 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Apr 17 2021 03:32:00 | Freedom Credit Union, 626 Jacksonville Rd., Warminster, PA 18974-4862 |
| 14010124 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 17 2021 03:34:00 | MIDLAND FUNDING LLC, PO Box 2011, |

Case 17-15295-mdc    Doc 53    Filed 04/18/21    Entered 04/19/21 00:50:59    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | Warren, MI 48090-2011 |
| 13962648 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 17 2021 03:34:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 13997056 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2021 03:52:02 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13962650 | + | Email/Text: blegal@phfa.org | Apr 17 2021 03:34:00 | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 14044420 | + | Email/Text: blegal@phfa.org | Apr 17 2021 03:34:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 13962655 | + | Email/Text: bankruptcy@sw-credit.com | Apr 17 2021 03:34:00 | Southwest Credit Systems, 4120 International Parkway Ste 1100, Carrollton, TX 75007-1958 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13962642 | *+ | Araselis Aponte, 6630 Claridge Street, Philadelphia, PA 19111-4712 |
| 13962641 | *+ | Araselis Aponte, 6630 Claridge Street, Philadelphia, PA 19111-4712 |
| 13962654 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, RBS Citizens Cc, 1 Citizens Dr, Ms: Rop 15b, Riverside, RI 02915 |
| 13962651 | *+ | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 13962640 | ##+ | Araselis Aponte, 6630 Claridge Street, Philadelphia, PA 19111-4712 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 18, 2021            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Emanuel Colon dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| ROBERT MITCHELL MORRIS | on behalf of Creditor Freedom Credit Union mail@morrisadelman.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 25

ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Emanuel Colon
      Debtor(s)

Bankruptcy No: 17−15295−mdc
Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

      For The Court
      Timothy B. McGrath
      Clerk of Court

Dated: 4/16/21

      51 − 50
      Form 138_new